CHRISTIAN F. SHUMACHER, Respondent, v. MICHIGAN CENTRAL RAIL-

ROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.